■ In the Matter of Ronald F. Harnisch, a Suspended Attorney.—*Pro se* motion for reinstatement as attorney and counselor-at-law in the State of New York granted only insofar as to refer application to Departmental Disciplinary Committee for the First Judicial Department to hear and report, as indicated. Concur—Ross, J. P., Carro, Asch, Kassal and Smith, JJ.